# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEO SHUMACHER, )<br>)<br>Plaintiff, )<br>) Case No. 2:21-cv-08922-LJL<br>v. )<br>)<br>KRATON CORPORATION, DAN F. )<br>SMITH, SHELLEY J. BAUSCH, MARK A. )<br>BLINN, ANNA C. CATALANO, KEVIN M. )<br>FOGARTY, DOMINIQUE FOURNIER, )<br>JOHN J. GALLAGHER, III, KAREN A. )<br>TWITCHELL, and BILLIE I. )<br>WILLIAMSON, )<br>)<br>Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 24, 2022

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com

**C.O. LAW, APC**
Clark Ovruchesky
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Email: co@colawcalifornia.com

*Attorneys for Plaintiff*